# Composite Exhibit 2

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0001835810 / 2012-08-21

Application Title: Masha and the Bear Logo.

Title:               Masha and the Bear Logo.

Description:         Electronic.

Copyright Claimant:
                     Masha and the Bear Ltd.

Date of Creation:   2012

Date of Publication:
                     2012-07-19

Nation of First Publication:
                     United States

Authorship on Application:
                     Masha and the Bear Ltd, employer for hire; Citizenship:
                        Russia (Federation). Authorship: 2-D artwork.

Rights and Permissions:
                     Animaccord Corporation, 2215-B Renaissance Dr., Las Vegas,
                        NV, 89119, United States

Names:               Masha and the Bear Ltd

===============================================================================
```

```
Type of Work:        Recorded Document

Document Number:     V9953D867

Date of Recordation:
                     2017-10-20

Entire Copyright Document:
                     V9953 D867 P1-50

Date of Execution: 31May18

Title:               First day of school & 4 other titles.

Notes:               Statement in support of recordation of copyright
                        assignments (change of name).

Party 1:             Animaccord, Ltd.

Names:               Animaccord (Cyprus), Ltd.
                     Blue Aegean Maritime (Cyprus), Ltd.
                     Animaccord, Ltd.


===============================================================================
```

[Start Over]

This list contains titles in document **V9953D867**

Document title: First day of school & 4 other titles.

The complete document is: **V9953 D867 P1-50**

---

List of titles:

001   First day of school / Reg. PA1813099.

002   Laundry day / Reg. PA1813100.

003   Holiday on ice / Reg. PA1813101.

004   One, two, three! light the Christmas tree! / Reg. PA1813102.

005   Recipe for disaster / Reg. PA1813103.

---

End of titles list for document **V9953D867**

*This is not a legal document.*

**How to obtain a copy of a recorded document: <ins>http://www.copyright.gov/circs/circ06.pdf</ins>**

*U.S. Copyright Office*

*101 Independence Ave., S.E.*

*Washington, D.C. 20559-6000*

*(202) 707-3000*

```
Type of Work:          Text

Registration Number / Date:
                       TX0008552180 / 2017-12-27

Application Title: Masha and the Bear: A Magical Holiday.

Title:                 Masha and the Bear: A Magical Holiday.

Description:           Book + Poster.

Copyright Claimant:
                       Animaccord, LTD., Transfer: By written agreement.

Date of Creation:  2017

Date of Publication:
                       2017-10-03

Nation of First Publication:
                       United States

Authorship on Application:
                       Lauren Forte; Domicile: United States; Citizenship: United
                          States. Authorship: text.

Pre-existing Material:
                       artwork, previously published text.

Basis of Claim:    new updated and revised text.

Copyright Note:    C.O. correspondence.

ISBN:                  9780316436076

Names:                 Forte, Lauren
                       Animaccord, LTD.

================================================================================
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0008588442 / 2017-08-14

Application Title: Masha and the Bear: A Spooky Bedtime.

Title:               Masha and the Bear: A Spooky Bedtime.

Description:         Book.

Copyright Claimant:
                     Animaccord LTD., Transfer: By written agreement.

Date of Creation:  2017

Date of Publication:
                     2017-07-03

Nation of First Publication:
                     United States

Authorship on Application:
                     Lauren Forte; Domicile: United States; Citizenship: United
                        States. Authorship: Adaptation of text and artwork.

ISBN:                9780316436212

Names:               Forte, Lauren
                     Animaccord LTD.


================================================================================
```

Type of Work:        Text

Registration Number / Date:
                     TX0008431770 / 2017-06-23

Application Title: Masha and The Bear: Kidding Around!

Title:               Masha and The Bear: Kidding Around!

Description:         Book, 1 v.

Copyright Claimant:
                     Animaccord LTD., Transfer: By written agreement.

Date of Creation:  2017

Date of Publication:
                     2017-03-14

Nation of First Publication:
                     United States

Authorship on Application:
                     Lauren Forte, employer for hire; Citizenship: United
                        States. Authorship: text, Text adaptation of Masha and
                        The Bear episode "Kidding Around".

Pre-existing Material:
                     artwork, Content of the episode "Kidding Around!" written
                        by Oleg Kusovkov.

Basis of Claim:      Textual adaptation of the episode "Kidding Around!" by
                        Lauren Forte.

ISBN:                9780316504898

Names:               Forte, Lauren
                     Animaccord LTD.

================================================================================

```
Type of Work:          Text

Registration Number / Date:
                       TX0008537380 / 2017-12-27

Application Title: Masha and the Bear: The Best Birthday.

Title:                 Masha and the Bear : The Best Birthday.

Description:           Book, 32 p.

Copyright Claimant:
                       Animaccord, LTD., Transfer: By written agreement.

Date of Creation:  2017

Date of Publication:
                       2017-10-03

Nation of First Publication:
                       United States

Authorship on Application:
                       Lauren Forte, employer for hire; Domicile: United States;
                         Citizenship: United States. Authorship: text.

Pre-existing Material:
                       artwork.

Basis of Claim:    text.

ISBN:                  9780316436120

Names:                 Forte, Lauren
                       Animaccord, LTD.

===============================================================================
```

```
Type of Work:            Text

Registration Number / Date:
                         TX0008444776 / 2017-08-07

Application Title: Masha and the Bear: The Girl Who Called Wolf.

Title:                   Masha and the Bear: The Girl Who Called Wolf.

Description:             Book, 32 p.

Copyright Claimant:
                         Animaccord LTD., Transfer: By written agreement.

Date of Creation:  2017

Date of Publication:
                         2017-06-06

Nation of First Publication:
                         United States

Authorship on Application:
                         Lauren Forte, employer for hire; Domicile: United States;
                            Citizenship: United States. Authorship: Adaptation of
                            text and artwork.

ISBN:                    9780316436205

Names:                   Forte, Lauren
                         Animaccord LTD.


================================================================================
```