**Exhibit 3**

| Episode No. | Title |
|---|---|
| 1 | How They Meet |
| 2 | Don't Wake Till Spring! |
| 3 | One, Two, Three! Light the Christmas Tree! |
| 4 | Tracks of Unknown Animals |
| 5 | Prances with Wolves |
| 6 | Jam Day |
| 7 | Springtime for the Bear |
| 8 | Gone Fishing |
| 9 | Call Me Please! |
| 10 | Holiday on Ice |
| 11 | First Day of School |
| 12 | No Trespassing! |
| 13 | Hide and Seek Is Not for the Weak |
| 14 | Watch Out! |
| 15 | Little Cousin |
| 16 | Get Well Soon! |
| 17 | Recipe For Disaster |
| 18 | Laundry Day |
| 19 | The Grand Piano Lesson |
| 20 | Stripes and Whiskers |
| 21 | Home Alone |
| 22 | Hold Your Breath |
| 23 | The Foundling |
| 24 | Bon Appétit! |
| 25 | Hokus-Pokus |
| 26 | Home Improvement |
| 27 | Picture Perfect |
| 28 | Time To Ride My Pony |
| 29 | One-Hit Wonder |
| 30 | Growing Potion |
| 31 | Swept Away |
| 32 | All in the Family |
| 33 | La Dolce Vita |
| 34 | Just Shoot Me |
| 35 | Kidding Around |
| 36 | Two Much |
| 37 | Bon Voyage |
| 38 | Trading Places Day |
| 39 | The Thriller Night |
| 40 | Terrible Power |
| 41 | Hat Trick |
| 42 | And Action! |
| 43 | Self-Made Hero |

**Exhibit 3**

| Episode No. | Title |
|---|---|
| 44 | Once upon a Year |
| 45 | The Puzzling Case |
| 46 | Dance Fever |
| 47 | Victory Cry |
| 48 | Sabre-Toothed Bear |
| 49 | Variety Show |
| 50 | Happy Harvest |
| 51 | Home-Grown Ninjas |
| 52 | See You Later |
| 53 | Coming Back Ain't Easy |
| 54 | The Very Fairy Tale |
| 55 | Driving Lessons |
| 56 | A Ghost Story |
| 57 | Liar, Liar, Pants on Fire! |
| 58 | Like Cat and Mouse |
| 59 | Game Over |
| 60 | At Your Service |
| 61 | A Christmas Carol |
| 62 | Rock-a-bye, baby! |
| 63 | Surprise! Surprise! |
| 64 | The Three Mashketeers |
| 65 | We Come in Peace! |
| 66 | Tee for Three |
| 67 | Best Medicine |
| 68 | Quartet Plus |
| 69 | New Kids on the Block! |
| 70 | Twinkle, Twinkle, Little Star |
| 71 | What a wonderful game |
| 72 | That's Your Cue! |
| 73 | Fishy Story |
| 74 | Monkey Business |
| 75 | God Save the Queen! |
| 76 | All the World's a Stage |
| 77 | Around the World in One Day |
| 78 | Who Am I? |
| 79 | Where All Love to Sing |
| 80 | Latest Fashion |
| 81 | Patience and Labor |
| 82 | Carnival Once a Year |
| 83 | Mashuko's Secret |
| 84 | From England With Love |
| 85 | Happy New Year… Again! |